CO-386-online<br/>10/03

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
| TIG INSURANCE COMPANY | ) ) ) ) | |
| Plaintiff | ) ) | Civil Action No._____ |
| vs | ) ) | |
| FIREMEN'S INSURANCE COMPANY OF WASHINGTON, D.C. | ) ) ) | |
| Defendant | ) | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  TIG Insurance Company  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  TIG Insurance Company  which have

any outstanding securities in the hands of the public:   Fairfax Financial Holdings Limited.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

Robert Kelly
_____
Print Name

D.C. Bar Number 287276
_____
BAR IDENTIFICATION NO.

Jackson & Campbell, P.C.
1120 20th Street, NW, Suite 300-South
_____
Address

Washington, DC          20036
_____
City          State          Zip Code

(202) 457-1600
_____
Phone Number